UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-8295-JMH

**In re Sealed Complaint**
_____________________________/

MOTION TO SEAL

The United States of America, by and through the undersigned Assistant United States Attorney, hereby moves to seal the attached Complaint, supporting Affidavit, and Arrest Warrant for the following reasons:

1. The attached Complaint, Affidavit, and Warrant contain information relating to an ongoing criminal investigation.

2. Public disclosure of the Complaint, Affidavit, and Warrant could notify the target of the investigation, causing the target to flee or endangering law enforcement officers who seek to execute the arrest warrant.

WHEREFORE, the United States respectfully requests that the Complaint, Affidavit, and Warrant in this matter be sealed.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: _____________________________

Marc Osborne
Assistant United States Attorney
Court ID# A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711