UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-80140-CR-MARRA

UNITED STATES OF AMERICA,

 Plaintiff,
v.

ANTHONY CARBONE,

 Defendant.
_____/

**UNOPPOSED MOTION TO MODIFY CONDITIONS
OF PRETRIAL RELEASE CURFEW**

 **COMES NOW**, the Defendant, ANTHONY CARBONE, by and through his undersigned counsel and moves this court to modify the terms of his pretrial release curfew previously ordered. In support of this motion, the Defendant states as follows:

 1. On July 28, 2014, Mr. Carbone was arrested. He was charged by indictment with several counts related to controlled substances. [DE #28].

 2. On August 20, 2014, Mr. Carbone was pretrial released on a $250,000 personal surety bond. [DE #29]. Mr. Carbone has complied with all conditions of his release.

 3. One of the special conditions of Mr. Carbone's bond

*United States of America v. Anthony Carbone*
Case No. 14-80140-CR-Marra
Unopposed Motion to Modify Conditions
of Pretrial Release Curfew
Page 2 of 3

includes a curfew wherein he is restricted to his residence everyday from 8:00 p.m. until 6:30 a.m. [DE #29].

4. On September 19, 2014, Mr. Carbone pled guilty to counts 2 and 14 of the indictment. [DE #58].

5. Mr. Carbone's sentencing hearing is scheduled for December 5, 2014 at 1:30 p.m. [DE #59].

6. Mr. Carbone requests that his pretrial release curfew be modified to the hours from 10:00 p.m. until 8:00 a.m.

7. Undersigned counsel has spoken with Assistant United States Attorney Marc Osborne, the prosecutor assigned to the case at Bar. Mr. Osborne has no objection to the granting of this motion and has authorized undersigned counsel to so state.

**WHEREFORE**, the Defendant, ANTHONY CARBONE, by and through his undersigned attorney, respectfully requests that this motion be granted and that an order be entered modifying his pretrial release curfew to the hours from 10:00 p.m. until 8:00 a.m.

*United States of America v. Anthony Carbone*
Case No. 14-80140-CR-Marra
Unopposed Motion to Modify Conditions
of Pretrial Release Curfew
Page 3 of 3

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 10th day of October, 2014.

    Respectfully submitted,

    JEFFREY S. WEINER, P.A.
      ATTORNEYS AT LAW
    Two Datran Center, Suite 1910
    9130 South Dadeland Blvd.
    Miami, Florida 33156-7858
    305 670-9919
    305 670-9299 Fax
    lawfirm@jeffweiner.com

By: _/s/ Jeffrey S. Weiner_ _
      JEFFREY S. WEINER, ESQUIRE
      Florida Bar No. 185214

By: _/s/ Annabelle H. Nahra_ _
      ANNABELLE H. NAHRA, ESQUIRE
      Florida Bar No. 096072