```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
                  Case No. 14-80140-CR-MARRA
 3
    UNITED STATES OF AMERICA,      )
 4                                 )
         GOVERNMENT,               )
 5                                 )
         -v-                       )
 6                                 )
    ANTHONY CARBONE,               )
 7                                 )
         DEFENDANT.                )   West Palm Beach, Florida
 8                                 )   December 5, 2014
                                   )
 9  _____)

10

11            TRANSCRIPT OF SENTENCING PROCEEDINGS

12        BEFORE THE HONORABLE KENNETH A. MARRA

13             UNITED STATES DISTRICT JUDGE

14

15  Appearances:

16  FOR THE GOVERNMENT        Marc Osborne, AUSA
                              United States Attorney's Office
17                            500 South Australian Ave
                              West Palm Beach, FL 33414
18
    FOR THE DEFENDANT         Jeffrey S. Weiner, ESQ., and
19                            Annabelle Nahra, ESQ.
                              Jeffrey S. Weiner, P.A.
20                            9130 South Dadeland Boulevard
                              Suite 1910
21                            Miami, FL 33156

22  Reporter                  Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768             Official Court Reporter
23                            701 Clematis Street
                              West Palm Beach, Florida  33401
24                            E-mail:  SFranklinUSDC@aol.com

25
```

```
 1           (Call to the order of the Court.)
 2                THE COURT:  Good afternoon, please be seated.
 3                We are here in the case of the United States of
 4   America versus Anthony Carbone, Case Number
 5   14-80140-CR-MARRA.
 6                May I have counsel state their appearances, please.
 7                MR. OSBORNE:  Good afternoon, Your Honor.  Marc
 8   Osborne, on behalf of the United States.  I'm here with
 9   Special Agent Max Trimm (phonetic) of the FDA.
10                THE COURT:  Good afternoon.
11                MR. WEINER:  Good afternoon, Judge.  Jeff Weiner and
12   Annabelle Nahra, on behalf of the Defendant, Mr. Carbone,
13   who's present before the Court.
14                THE COURT:  Good afternoon.
15                MS. NAHRA:  Good afternoon, Judge.
16                THE COURT:  Good afternoon.
17                We are here for sentencing.  Have both sides
18   reviewed the presentence investigation report?
19                MR. WEINER:  We have, sir.
20                MR. OSBORNE:  Yes, Your Honor.
21                THE COURT:  Has the Defendant reviewed it with
22   counsel?
23                MR. WEINER:  Yes, sir.
24                THE COURT:  All right.  And I don't believe there
25   are any objections to the guidelines; am I correct?
```

1          MR. WEINER:  No objections, sir, based on the

2     amended PSI.

3          THE COURT:  All right.  Then I will adopt the

4     findings of the presentence report as the findings of the

5     Court.

6          All right.  I've got a request for a variance from

7     the Defendant.  Do you want to tell me your position now,

8     Mr. Osborne, or do you want to wait until after we've heard

9     from the defense?

10         MR. OSBORNE:  Either way, Your Honor.  I can tell

11    you our recommended sentence and why.

12         THE COURT:  Okay.

13         MR. OSBORNE:  The Government recommends a sentence

14    at the low end of the guideline range, Your Honor, which is

15    30 months' incarceration.  I think there is -- that's after

16    the consideration of the Safety Valve, Your Honor, which was

17    not in the presentence report originally.

18         So I think there are positive and negative

19    mitigating and aggravating factors, Your Honor.  I actually

20    am impressed by the letters that were filed this morning.

21    There certainly seem to be a lot of people who attest that

22    Mr. Carbone is good to his friends, and that is -- you know,

23    I think that is a mitigating factor.

24         I think there's also a mitigating factor in the

25    facts of the offense, which are a little unusual.  Usually

```
 1    the person supplying the drugs is almost always more culpable
 2    than the person to whom he's selling them.  In this case,
 3    between Mr. Carbone and Mr. Fiore, you know, Mr. Carbone is
 4    the supplier, Mr. Fiore is the one who gets them from
 5    Mr. Carbone and sells them on.  But there was one incident
 6    where, when Mr. Carbone didn't come up with the drugs on
 7    time, Mr. Fiore became physically threatening towards
 8    Mr. Carbone, kind of grabbed ahold of him, yelled at him.
 9    After that, Mr. Carbone came and apologized to the undercover
10    agent, which suggests that the power dynamic between the two
11    men is not what you would maybe normally expect, you know,
12    given that Mr. Carbone is supplying the drugs.
13            So I think that's another mitigating factor, that
14    Mr. Fiore may be more culpable than would -- you might have
15    initially supposed.
16            There are also, though, some aggravating factors to
17    consider.  One of them, Your Honor, is the cocaine.  Whatever
18    Mr. Fiore's culpability in the sale of the Xanax and the
19    steroids, the cocaine was really Mr. Carbone's idea.  He
20    brought it up with an undercover agent.  The agent did speak
21    to Mr. Fiore to make sure he knew about it, and Mr. Fiore
22    made a phone call to help set up a meeting with Mr. Carbone
23    for the sale of the drugs, but that was all done with
24    Mr. Carbone.  So -- and it's really the cocaine, frankly,
25    that has created the entire guideline range.  I mean, under
```

```
 1   the guidelines it's the cocaine that has driven the

 2   calculation of his range.

 3          So, in fact, I think you're likely, when Mr. Fiore

 4   is sentenced, you're likely to have him here arguing that

 5   it's not fair, that his guideline range is this cocaine, yet

 6   he barely had anything to do with it.  I don't know if I'd go

 7   as far as that, but certainly Mr. Carbone had the

 8   preponderance of the involvement in the cocaine, and that has

 9   driven the calculation of the guidelines.

10          I also think Your Honor should consider that

11   although, under the guidelines, frankly, if Mr. Carbone had

12   only been buying the cocaine, if he had never done anything

13   to do with the Xanax, anything to do with the steroids, he'd

14   actually have the exact same offense level, but that Xanax

15   and those steroids are important aggravating factors.  They

16   may not get calculated in the way the guidelines are written,

17   but they are certainly factors that I think Your Honor can

18   and should consider.

19          Mr. Carbone was selling counterfeit Xanax and

20   counterfeit steroids to -- initially to Mr. Fiore, who sold

21   it to the undercover agent, and then directly to the agent

22   with Mr. Fiore's permission.  Some of those drugs, Your

23   Honor, were mislabeled.  Some of the steroids were, in fact,

24   a product that's not approved for human use at all.  It's a

25   veterinary product, and they were mislabeled as being a
```

```
 1   steroid that is permissible for human use, in addition to
 2   which they were sometimes mislabeled as to the strength of
 3   the steroids.  So, in other words, the strength that was
 4   listed on the bottle was inaccurate, and in some cases the
 5   potency of the steroid was more than stated on the bottle,
 6   which created a risk, obviously, that the person using the
 7   drugs could unintentionally overdose or take more of the drug
 8   than intended.
 9           And that same thing was actually true of some of the
10   Xanax, Your Honor.
11           So I think all of that is also a -- an aggravating
12   factor.
13           In addition, you know, I did mention -- and I am
14   impressed by the letters.  I did mean that.  There's a lot of
15   people who have spoken to Mr. Carbone's character.  But I
16   think that the Court should keep in mind there may be a lot
17   of people who are surprised to hear that Mr. Carbone was
18   involved in this business, but it's not as if it was some
19   kind of a one-time thing, or something like that, from
20   Mr. Carbone, Your Honor.
21           There's a particular incident mentioned in the
22   report, Your Honor, in which Mr. Carbone actually gives quite
23   a detailed lecture to the undercover agent about how much he
24   should be selling these steroids for, the type of steroids
25   they are, the quality they are, the retail price that other
```

1   people are selling.  Essentially this came up in the context

2   where the undercover agent asked for a better price, and

3   Mr. Carbone displayed significant knowledge of how steroids

4   are sold and at what kind of prices.  So he is certainly an

5   experienced -- he's an experienced player in this market,

6   Your Honor, and his friends may not have known that, and they

7   may be surprised to hear it, but I think it is I guess

8   something Your Honor should consider when you're considering

9   Mr. Carbone's sentence.

10          And then also I think you have to also consider what

11   happened on the day of his arrest, Your Honor.  I mean, and I

12   say that because in his motion for the variance, Mr. Carbone

13   has relied a lot on his family responsibilities.  But the

14   reality is, Your Honor, Mr. Carbone drove to the location

15   where he was going to be buying a kilo of cocaine with his

16   pregnant fiance' in the car.  He got out of the car, went to

17   the undercover agent's car, actually took the kilo and

18   snorted some of the cocaine right there in the presence of

19   the agent.  So apparently he was either planning on getting

20   back in the car, having used cocaine, and driving away with

21   his fiance', pregnant fiance', in the car, or maybe he was

22   going to ask her to drive now that he had used cocaine, in

23   which case he would have made her an accessory to the crime.

24          So what I'm saying, Your Honor, is that there does

25   seem to be a positive side to Mr. Carbone, and his attorney

```
1    obviously has emphasized that side, but there seems to be a
2    whole other side to Mr. Carbone that the people who have
3    written these letters just didn't know about, and that is a
4    person who was in a business, a dangerous business, of
5    selling drugs that are not approved for human use, that are
6    mislabeled, that are going to be dangerous to their users,
7    and that that business, or whatever, appears to have
8    seriously clouded his judgment even as to the family
9    responsibilities on which he has placed such reliance.
10          So on balance, Your Honor, I do think there's
11   mitigating factors, but I think they're best taken account
12   within the guideline range, and that Your Honor should impose
13   a sentence of 30 months' incarceration.
14          THE COURT:  Thank you.
15          Counsel?
16          MR. WEINER:  Your Honor, first, a few introductory
17   comments.
18          The prosecutor has been a gentleman throughout these
19   proceedings.  The agents did an amazing investigation, and
20   the probation officer, as I've told each of them these
21   comments, did a very fair job on the PSI.
22          We're asking for a sentence of 21 months down from
23   the bottom of the guideline recommendation of the Government
24   of 30 months, and here's why.
25          First of all, please understand in context of what I
```

1    am about to tell Your Honor, that there is no question that

2    my client is guilty.  There is no question that he sold

3    steroids and Xanax.  The cocaine I'm going to mention in just

4    a minute.  So he is guilty, and whatever I say is not to

5    mitigate his guilt.  He pled guilty.

6          But, Your Honor, this is my 41st year as a criminal

7    defense attorney.  I have found that many judges, and many

8    judges have told me that they don't really know what goes on

9    behind the scenes, especially when they never practiced

10   criminal defense law, even though they hear hundreds of cases

11   and trials.  But in a plea, I want you to know what happened

12   here so that you can really fashion a fair sentence, which we

13   think is 21 months.

14         And, by the way, I know a lot of lawyers come before

15   you, and they ask for probation in every case, or six months,

16   or a sentence that is unrealistic based on the facts, based

17   on the Defendant, based on everything.  And my guess is those

18   lawyers would have little credibility with the Court.  So it

19   doesn't matter if I think our client, especially in his

20   present mental state and medical condition, and the Bell's

21   palsy and all that, doesn't need to do 21 months.  I want to

22   be realistic in my recommendation, and I'm going to tell you

23   why 21 months we think is fair.  But first I want to mention

24   a few things.

25         The prosecutor was kind enough to acknowledge the

```
 1   quality of the letters.  To my way of thinking, I have never
 2   seen letters like this in all my years, and especially from
 3   the people who wrote the letters.
 4          I'm looking at a letter here from an infantry
 5   captain from the 10th Mountain Division.  It's on a
 6   letterhead from the Department of the Army.  Now, Your Honor,
 7   I'm quite familiar with the military.  I have a son, by the
 8   way, who is a senior at West Point, graduating this year, who
 9   is trained by the 10th Mountain Division.  They're as tough
10   as they come.
11          This is a company commander who wrote this letter,
12   and I will say that the obvious.  It's almost like a judge
13   writing a letter but for the ethical issues.  The last thing
14   an Army captain, looking for promotion, wants to do is to
15   write a letter for an admitted felon.  This is not a state
16   court where no one will know.  This is federal court.  This
17   is of record.  And the letter he wrote was absolutely
18   unbelievable, and tells about his deployment, his second
19   deployment, his third deployment.  There was nobody to take
20   care of his wife, his children.  Anthony Carbone was there
21   every step of the way.  The letter was moving and special.
22          So, yes, he did not know that Anthony Carbone was
23   involved in steroids and Xanax, and the prosecutor is right.
24   But this ought to give you, I hope, insight into who this man
25   is.  His whole life is what is represented in these letters
```

1    but for the six months of the criminal activity.

2         There's a letter from an attorney in a big

3    prestigious firm talking about Anthony, and who he is and

4    what he's like, and his worth and his value, and that he will

5    never be in court again.  How many attorneys write letters

6    for convicted felons, especially attorneys in big firms,

7    where such a thing is frowned upon?

8         Letter after letter tells you about who Anthony

9    Carbone is.

10        There was another letter from another veteran, an

11   amazing letter, again, talking about deployment and how

12   Anthony was there for him.

13        And you know what's interesting, Judge?  You see, in

14   functions for judges and lawyers and charities, the people

15   who give, typically we want our name on a poster, we want

16   some publicity, we want a diamond jubilee ranking or

17   whatever.

18        When Anthony Carbone helped these people there was

19   not an ounce of publicity.  Nobody knew it but the people

20   that he helped, from the young lady who's here now who works

21   in his tanning salon who couldn't even afford furniture, and

22   Anthony cosigned for her; to a breast cancer survivor; to a

23   gentleman in a wheelchair, a quadriplegic who is here.  This

24   was all who Anthony Carbone is.

25        Now, Your Honor, a few more comments that I want to

```
 1    make to put this in perspective that you didn't hear but is
 2    referenced in the PSI and will be referenced more in Fiore's
 3    PSI.
 4            I don't know Mr. Fiore.  I've got nothing for him.
 5    I've got nothing against him.  But I want to put this in
 6    perspective.  And I -- I know, as a person, I can relate a
 7    little bit.  My dad died when I was 12, one week before my
 8    Bar Mitzvah.  It had a major impact, and it still affects me.
 9            Anthony Carbone and his brother Pete, who's also
10    here in court, were on a fishing trip with their dad.
11    Anthony was 10 years old.  The dad fell overboard.  Anthony
12    jumped in the water, tried to save his dad.  He was too
13    little, Anthony.  He couldn't save his dad, and Anthony and
14    Pete's dad died right before their eyes.
15            Anthony went from a top student to horrible grades,
16    and his life just was shattered.  None of this is an excuse
17    or mitigation.  I'm merely telling the Court so you can
18    consider the whole person.  Because we all know people,
19    including lawyers, including judges that I've represented,
20    that have had stellar careers and make a mistake in judgment.
21    This was a big mistake.  It wasn't one day, I fully
22    acknowledge that.
23            But this fellow, Fiore -- and this is all
24    documented.  This is all, really, referred to by more than
25    innuendo by the prosecutor, who is great, and it's in the PSI
```

1    to some extent.  But my client was a small time Xanax guy,

2    selling Xanax and steroids to muscle guys that want to take

3    this stuff.  No excuse for that, but the guidelines for that

4    are essentially probation or a very, very small period of

5    time in custody.

6        He meets Frank Fiore.  Frank Fiore is strutting

7    around and basically bragging that he's a big Mafioso.  He's

8    a tough guy, he knows all the tough guys from Chicago and

9    Louisiana and New York and New Jersey.  And all of this comes

10   to pass because he meets Anthony, he's bragging how he wants

11   to open a club, and Anthony always wanted to open a cigar bar

12   and a club, but Anthony didn't have the money.  He's a small

13   time nobody with a tanning salon.

14       Fiore says, hey, we can open this club together, and

15   I have the connections for it.  I've got all the people with

16   the money.  Anthony doesn't know if he's truthful or not, but

17   he thinks Fiore is somebody special, and Anthony, being

18   naive, immature, needing money, down on his luck, his

19   girlfriend's pregnant, he used the worst judgment in the

20   world, and, okay, Fiore, I'm in with you.

21       So they start to build the club.  All of these

22   Mafioso guys start coming down, and Fiore is showing them

23   around, and, oh, we're going to put the bar here, and wer're

24   going to sell the cigars here, and they're all saying, no,

25   you need to do this and do that.  So my client's looking

```
 1   going, wow, this guy really is with organized crime.

 2            Then Fiore starts to pressure my client, saying,

 3   look, I know you sell steroids, I know you sell Xanax.  Let's

 4   start hitting the big time.  Let's start doing big volume.

 5            Now, my client did it.  Nobody forced him to do it.

 6   He is guilty.  But this is amazing stuff.

 7            When I go back to my comment about what really

 8   happens in the case, when we review all the evidence, Anthony

 9   Carbone says, I want to plead guilty, I am guilty.  There is

10   no question about it.

11            I called the prosecutor, and after several calls

12   tell him, listen, my client's ready to plead, he's ready to

13   cooperate.  I get a call from my dear friend, Dave

14   Bogenschutz, fine criminal defense lawyer who represents

15   Mr. Fiore.  Jeff, what's going on with your client?  Dave,

16   he's going to enter a plea, and if the Government will allow

17   him to testify, he will testify against Mr. Fiore, your

18   client.

19            Marc Osborne, being the gentleman that he is and the

20   professional that he is, says, Jeff, we haven't agreed at

21   this point that your client will be called as a witness.  We

22   don't really need him.  We're probably not going to call him,

23   and he writes Mr. Bogenschutz, telling him just that, which,

24   of course, is true, and basically just what I told

25   Mr. Bogenschutz.
```

1         But my client's the first to plead guilty.  And

2    after he pleads guilty, the two codefendants, including

3    Fiore, plead guilty.  So there is absolutely no doubt in my

4    mind whatsoever that Fiore pled guilty not only because of

5    the great job that the agent did -- and he did, they did --

6    but because he knew that my client was ready if the

7    Government wanted him to testify about each of the occasions.

8         But a little bit more.  Because you might be

9    thinking, well, Fiore is I think in his early sixties, my

10   client's a young man.  It's no excuse.  Why would he be

11   intimidated?

12        So I would like to just refer you to paragraph 11 of

13   my client's PSI, where they recount how Fiore and the other

14   codefendant offered to sell an AK-47, a sniper weapon, a

15   killer weapon, to the Government undercover agents, and they,

16   in fact, did.  They delivered an AK-47, and three magazines,

17   and two 30-round magazines and a 40-round magazine.

18        Now, Judge, Second Amendment, we're not -- NRA or

19   not, the bottom line is these aren't target guns.  These are

20   nasty, vicious guns.  I am a gun owner myself, but a 40-round

21   magazine in an AK-47, this is not for sport shooting at the

22   range on the weekend, and it's certainly not a hunting

23   weapon.

24        But that's nothing.  In paragraph 18 of the PSI,

25   Fiore -- and all this is known to my client after the fact.

1    But after all the tough guy talk by Fiore, Fiore, in one of

2    the deals that the prosecutor referred to in one of the

3    meetings, is so upset that my client did not have the

4    quantity of drugs that Fiore wanted -- in fact, he had none

5    that day -- Fiore smacks him around, grabs him by the back of

6    the neck and makes him go to the table where the undercover

7    agent is and to tell him, gee, I'm really sorry, I'll get

8    these pills for you as soon as possible.  He was totally

9    intimidated, totally controlled, although my client is

10   guilty, but he was so scared, so intimidated, yes, he

11   voluntarily did it, but this is what we're talking about.

12           But it gets worse.

13           On page 22 of the PSI, in paragraph 22, 28 and 30,

14   Fiore's involved in counterfeiting and gives counterfeit

15   hundred dollar bills to the Government and offers to get

16   20-dollar bills.

17           Okay.  So now we have the AK-47.  We have the

18   counterfeiting.

19           Paragraph 24, he wanted a man killed.  He's telling

20   the agents -- and this is all on tape -- that he wants a guy

21   taken care of.  Fiore said he'd want him buried underground.

22   That's an exact quote from the PSI in paragraph 24.  So this

23   tough guy, this Mafia guy, maybe a Mafia wanna be, who knows,

24   but here he is talking to an undercover agent that he wants a

25   guy killed, and he's talking about how much he'll pay for it

1    and the whole bit.

2              Then it gets worse.  Paragraph 46, this tough guy,

3    Fiore, stated that he wanted the undercover agents to beat

4    his brother-in-law, and to beat him so bad that they pulled

5    the watch off of him, and to quote the PSI in paragraph 46,

6    so Rocco -- that's his brother-in-law that he wanted beat up

7    bad -- so, quote, Rocco would know who he was dealing with,

8    i.e. Mr. Fiore.

9              So that's the context.

10             The cocaine.  I just want to say one thing.  My

11   client is guilty, and he pled to it, and that's what upped

12   the guidelines to what it is, as the prosecutor and as the

13   probation officer knows.

14             On the day my client was arrested, did he use

15   horrible judgment driving with his wife, who is pregnant?

16   Yes, of course.  He had no money to buy the cocaine.  And as

17   he put in the Safety Valve statement, my client never was

18   involved in cocaine.  Never sold cocaine, never manufactured

19   it, never distributed it.  Fiore was going to use his big

20   connections, and there was discussions with the undercover

21   agent regarding the cocaine, that the agent would have to

22   have the cocaine shipped to New York, because that would be

23   Fiore's contacts who were going to sell the cocaine.

24             So, yes, my client is clearly guilty under the law.

25   There's no sentencing entrapment.  We're not suggesting that.

```
 1   But that's the context of the cocaine that bumped up his
 2   guidelines to what it is.
 3              I would like, if you will allow me, very briefly, to
 4   call two witnesses.  May I do so?
 5              THE COURT:  Witnesses?  Are they going to testify,
 6   or they're just going to make statements?
 7              MR. WEINER:  Just a quick statement, two quick
 8   statements.
 9              THE COURT:  Yes.
10              MR. WEINER:  Thank you very much.
11              The defense would like to call Matthew Cousineau.
12              Mr. Cousineau, will you come forward, please.
13              Would you like him to be sworn, sir?
14              THE COURT:  No, if he's just going to make a
15   statement.
16              Just tell us your name and spell your last name,
17   please.
18              THE WITNESS:  My name is Matthew Cousineau, last
19   name C-o-u-s-i-n-e-a-u.
20              THE COURT:  Yes, sir.
21              MR. WEINER:  Would you please talk to us very
22   briefly about your relationship with Mr. Anthony Carbone.
23              THE WITNESS:  Mr. Anthony J. Carbone.  I met him
24   about two years ago through a mutual friend.  We hit it off
25   as friends.  And there's two types of people in this world,
```

```
 1    people that have pity on me and people that treat me normal.
 2    And it's a wheelchair thing, you know.  And one good thing
 3    I've always loved about Anthony and he will still kick me,
 4    he'll still punch me.  He never had that pity on me, but he
 5    always has him under his wing.  I don't even call him
 6    Anthony.  I call him my big brother.  We're only two years
 7    apart.
 8            You know, this guy, he makes sure I had work.  I
 9    never had worked before.  I'm a quadriplegic.  It's
10    difficult, you know.  I have disability and whatnot.  Anthony
11    doesn't want that for me.  He wants me to have a better life.
12    And by that, you know, he gave me work.  He didn't give me
13    money, he gave me work.  And that's what he does for
14    everybody.  He doesn't give them something for free.  He
15    helps them become a better person.  You know, that's Anthony.
16            Whatever his charges allegedly, or whatever he is --
17    you know, said he's done --
18            This is all common knowledge, too.  You know, I work
19    for Total Nutrition.  We're in the fitness industry, you
20    know.  We know all about these things.  But, you know --
21            MR. WEINER:  Let me ask you one question.  All
22    right?  The Judge has to decide what an appropriate sentence
23    is for Anthony.  We've asked for a sentence of 21 months.  Is
24    there anything you would like to say to the Court?
25            THE WITNESS:  I don't know what I'm going to do
```

```
 1    without him right now.  I'm dying the last few months, you
 2    know.  I see this guy every day.  He's my moral support.
 3    He's the guy that brings me up when I'm real low.  You know,
 4    when I don't want to get out of bed, when I'm hanging out,
 5    he's the person that calls me, you know, tells me, hey, come
 6    down to the shop, let's do some work together.  He's the guy
 7    that gets me in gear all the time.
 8           You know, I've seen his face.  It's insane.  Before
 9    he was out, you know, trying to make money at Total
10    Nutrition, make money at Boca Tanning, now all he's concerned
11    about is his baby right now.  And it gives me hope in life,
12    because, you know, that's what I want.  I want a family.  And
13    the great thing about him is he brings me into his family.
14    He lets me play with his daughter.  He takes me out to dinner
15    with his family.  He introduces me to his mother, has me hang
16    out with her by myself.
17           I mean, I don't know what I'm going to do, I don't
18    know what his daughter's going to do, I don't know what any
19    of us are going to do right now.  This guy is our backbone
20    for everything.
21           MR. WEINER:  You wrote in the letter that you
22    couldn't get a job until Anthony offered you a job.  Is that
23    accurate?
24           THE WITNESS:  That is.  I've had some telemarketing
25    jobs here and there, but it never works out.  I mean,
```

```
 1   telemarketing, come on.  He's the first person that ever gave

 2   me the chance to show my drive, to show what I can do.

 3        You know, this means nothing, but when somebody

 4   looks at you, you're a little bit less than someone else, you

 5   know.  They can't give you the chance.  But Anthony looks

 6   right past all of this, and, you know, he sees a different

 7   person.  That's what I love him for.

 8        People are going to come up here and cry right now.

 9   I'll never cry talking about this guy.  He can only make me

10   smile, you know.  Nobody should cry talking about him,

11   because he only gives people smiles and laughter and love.

12        And, you know, the worst part is, you know, he hangs

13   his head low now.  And I've hung my head low for so long, and

14   he picks my chin up.  This is finally my time to pick his

15   chin up, because he is embarrassed about all this, you know.

16        MR. WEINER:  I appreciate your comments, I

17   appreciate your letter, and I appreciate your coming here.

18   So does everyone.  So I thank you.

19        THE WITNESS:  I'm not here for anybody but Anthony.

20   He's my brother.

21        MR. WEINER:  Fair enough.  Thank you for being here.

22        THE COURT:  Thank you, sir.

23        MR. WEINER:  Your Honor, at this time, the defense

24   would like to call Roseland Ellis.  This will be our only

25   other witness.
```

```
1              Just so you know, while she's coming up, the
2     Defendant's mother is here, his fiance' is here, his
3     employers from the tanning salon are here, his family is
4     here, all sorts of friends are here, people from the facility
5     where he's been because of the Bell's palsy are here, they're
6     all here.  I'm not going to take the Court's time, but
7     they're all here for you.
8              Thank you for being here.  Will you introduce
9     yourself to the Court, please.
10             THE WITNESS:  I would love to.  My name is Roseland
11    Ellis.  The spelling of my last name is E-l-l-i-s.
12             MR. WEINER:  Would you tell us a little bit about
13    yourself and why you are here for Anthony.
14             THE WITNESS:  Okay.  I am a one-year breast cancer
15    surviver, and it's been a long and very difficult road, but I
16    have -- I'm a mother of three boys, and I'm going to be proud
17    to include Anthony as my fourth boy, because I'm not his mom,
18    and Anthony's mom should be very proud, because she did
19    something very right that I obviously didn't do with my boys,
20    because only one of my boys actually came to the hospital
21    while I was having my mastectomy, and -- but my sweet Anthony
22    was there for me every step of the way.  He called, he
23    texted.  He was a friend when I needed a friend.  He was
24    there, and he continues to be there for me.
25             He did a breast cancer fundraiser.  We raised a
```

```
 1   couple thousand dollars.  Again, he didn't want anything.  He
 2   didn't want anyone to know that he was behind it.  But that's
 3   just who he is.
 4          I'm here asking for obviously your leniency, but I'm
 5   also, as a mom, 100 percent saying this will be the only time
 6   that my sweet Anthony is going to be here in trouble with
 7   you.  And I know that he made a mistake, and as moms and dads
 8   and grandfathers, our babies make mistakes, and he made a
 9   mistake.  And I know he's embarrassed, and I just am so sad
10   that he's going to go off to prison.  But, please, please, I
11   beg and plead of you to go easy on my baby, my Anthony.
12          Much love to all of you.
13          MR. WEINER:  Thank you very much.
14          THE COURT:  Thank you, ma'am.
15          MR. WEINER:  Your Honor, I would like to conclude by
16   stating the following:
17          I don't mean to keep going back to the letters, but
18   it's just -- it's an unbelievable tale of kindness and
19   generosity, expecting nothing in return.  And everybody he
20   helps is down, whether it's medically, financially, they
21   can't get a job, and he helps them one, after another, after
22   another.  It's unbelievable.  And these are quality people
23   that come forward on his behalf.
24          He taught special education.  He's a college
25   graduate from SUNY Oneonta.
```

```
 1            So here's what we're asking, Your Honor.  We're
 2    asking for a sentence of 21 months, and I said I would tell
 3    you why I think it's fair.  And when I made reference to the
 4    lawyers who ask for probation in every case, or six months, I
 5    know.  I have too much respect for the Court.  This is not a
 6    bargaining, where I ask for six months, and the Government
 7    asks for 30, and you split it down the middle.  No.  We're
 8    asking for 21 because it's fair.
 9            He offered to cooperate.  He didn't need to
10    cooperate.  He did plead guilty, which, to my way of thinking
11    is the first step toward cooperation, because the message to
12    the codefendants was clear.
13            So let's say he got a 5K, which he did not.  Let's
14    say he gets the typical average reduction of 33 and a third
15    percent.  It would bring a sentence down below 21 months.
16    Twenty-one months is about 30 percent off 30, which is what
17    the Government's recommending.
18            The PSI makes it very clear that Mr. Carbone should
19    get the RDAP program while in custody.  And absolutely, of
20    course, he should.  He should be in a facility, a camp, which
21    we're going to ask you to recommend, after a voluntary
22    surrender, that Mr. Osborne's not going to oppose, where he
23    can get treatment for the Bell's palsy.
24            He's not going to speak today.  He can speak, but he
25    talks like this.  He drools, whatever.  The point is the
```

```
 1    Bell's palsy is serious.  It's not life-threatening, from

 2    what I understand, but it's serious.  It's going to make his

 3    time in custody rougher as far as eating, as far as drinking,

 4    as far as everything.  We don't know if it will get worse, we

 5    don't know if it will get better, we don't know if it will

 6    come back.

 7          He's in this voluntary program.  His probation

 8    officer has been great.  He's visited him there.  He's doing

 9    great in this program.  He's about to be released from the

10    program.  He's going to go back for aftercare.  His mind is

11    right.  He's ready to do his time and get out.

12          If you give him 21 months, my hope is that after the

13    15 percent reduction, after the reduction for three weeks

14    that he's been in for credit for time served, and if he can

15    get the RDAP program, which, by all accounts he should have,

16    his sentence will then be reduced, before he guess to a

17    halfway house hopefully, to a manageable term of probably 14

18    months, maybe 15 months.

19          I respectfully suggest that under the circumstances

20    in this case -- and I keep emphasizing the guilty plea.  Your

21    Honor may say, well, of course, the evidence against him was

22    strong.  Of course he should plead guilty.  His timing made

23    him a threat to Mr. Fiore and the other codefendant, who are

24    not afraid to play rough and tough, even wanting someone

25    killed.  He did it.  He took the risk.  He knew what was
```

```
1   involved.  I think all that counts for something.  It's an
2   intangible.
3          So, Your Honor, your reputation is one of the
4   fairest judges.  We trust you to be fair.  You may not agree
5   with us as to what's fair, but I hope that you will.
6   Twenty-one months is appropriate and our request, sir.
7          THE COURT:  Thank you, sir.
8          MR. WEINER:  Thank you.
9          MR. OSBORNE:  Your Honor, could I comment on two
10  things?
11         THE COURT:  Sure.
12         MR. OSBORNE:  You know, for the most part I've
13  already given you my position.  I won't repeat it or
14  anything.  There are two aspects to what Mr. Weinter said I'd
15  like to comment on.
16         One of them is the responsibility for the cocaine.
17  Mr. Weiner suggested this was Mr. Fiore's contacts that
18  Mr. Carbone was going to use to move the cocaine, and
19  essentially then arguing that Mr. Fiore was more culpable in
20  the cocaine.  And this is something where, really, it happens
21  a lot, but two defendants are pointing the finger at each
22  other.  Because Your Honor's already seen Mr. Fiore's motion
23  for bond.  I'm sure he'll make the same argument at
24  sentencing, that he had virtually nothing to do with the
25  cocaine.
```

```
 1              On the issue of the cocaine, I think the evidence
 2      supports Mr. Fiore rather than Mr. Carbone, Your Honor.
 3      There's no evidence that it was Mr. Fiore's contacts in New
 4      York or anything like that that were involved in the cocaine.
 5      Unlike with the Xanax and with the steroids, where Mr. Fiore
 6      took a role in negotiating the transactions, in the case of
 7      the cocaine, Mr. Carbone asked the agent to buy the cocaine
 8      directly.  The agent told Mr. Fiore about it, who
 9      acknowledged that's okay, because Mr. Fiore had told the
10      agent, if you want to do anything but steroids and Xanax with
11      Mr. Carbone, you need to come back to me for permission,
12      which the agent did, and Mr. Fiore gave that permission.  But
13      the only other thing Mr. Fiore ever did is when the agent was
14      having trouble getting ahold of Mr. Carbone, to set up the
15      meeting both for steroids and for cocaine.  And so he said to
16      Mr. Fiore, who's having trouble, Mr. Fiore called Mr. Carbone
17      and said, okay, go meet him, and told him where to meet him.
18              So the evidence, Your Honor, on the point of the
19      cocaine certainly is that Mr. Carbone did all the dealings.
20      And not only that, but he actually used the cocaine, too.
21              So I don't think the evidence supports the idea
22      that -- on that point, that Mr. Carbone is less culpable than
23      Mr. Fiore.  Although I was the first to say that with regard
24      to the rest of the scheme, we do agree that Mr. Fiore was
25      more culpable, and, in fact, even behaved in a threatening
```

```
 1    manner.  And he does, it's true, he has a kinda Good Fellas
 2    way about him on the recordings.  Whether he is associated
 3    with organized crime I don't know, but he certainly tries to
 4    come off that way.
 5           Now, the other thing Mr. Weiner said that I do not
 6    believe is a mitigating factor and I do not think that Your
 7    Honor should take account of in sentencing Mr. Carbone is the
 8    idea that Mr. Carbone somehow provided cooperation to the
 9    Government and helped to obtain pleas.  And the reason for
10    that, Your Honor, Mr. Weiner apparently -- you know, I found
11    out about this, that he had told the other defendant, at
12    least told Mr. Fiore's lawyer, well, my client is going to
13    cooperate against you.  And the first thing I did is to
14    contact the lawyer and say, that's not true.  I decide who's
15    going to cooperate.  I decide who I'm calling.  Before I have
16    somebody as a witness, I need to meet that person.  I need to
17    be confident that I find them credible.  I need to hear the
18    whole story.  And so I specifically told Mr. Fiore's attorney
19    before he pled guilty that Mr. Carbone, it was not my
20    intention to use him as a witness against Mr. Fiore, and it
21    never had been.
22           Now, I did tell Mr. Weiner I'd be willing to meet
23    Mr. Carbone.  If he wanted to cooperate, we could do that.
24    We would like to hear what he had to say.  At first he said
25    he would do it, and then he changed his mind, Your Honor, and
```

```
 1    he did not meet with us, because he said he only wanted to

 2    cooperate against certain individuals, but not others.  And

 3    as I told Mr. Weiner, that's not how we do business.  If you

 4    want to cooperate, you're gonna have to be all in.

 5            Now, if Mr. Carbone has changed his mind, and if he

 6    does want to cooperate with the Government's investigation,

 7    Your Honor, we're still willing to meet with him now, and if

 8    he provides us substantial assistance, we will come back to

 9    Your Honor and report that and file a motion to reduce his

10    sentence.  But at this time, Your Honor, he has not provided

11    us with substantial assistance, and the reason for that is

12    essentially that Mr. Weiner tried to arrange the assistance

13    himself, but when we explained to him what we needed from him

14    as a cooperator, then Mr. Carbone was not willing to do that.

15            So I do think there's important mitigating factors

16    here, and I have described them to the Court, but I don't

17    think that's one of them.

18            THE COURT:  Thank you.

19            Mr. Carbone, did you wish to say anything before I

20    impose sentence?

21            THE DEFENDANT:  No, Your Honor.

22            THE COURT:  All right.  Thank you.

23            All right.  The Court has considered the statements

24    of all the parties, the presentence report, which contains

25    the advisory guidelines, as well as the statutory factors set
```

1    forth in 18 U.S.C., Section 3553(a)(1) through (7).

2           Now, the Court finds that the Defendant is not able

3    to pay a fine, and the Court finds that the Defendant meets

4    the criteria set forth in Section 5C1.2, and 18 U.S.C.,

5    Section 3553(f)(1) through (5), and therefore a sentence will

6    be imposed without regard to any statutory minimum sentence.

7           Now, in imposing sentence, the Court must consider

8    the factors set forth in Section 3553.  That statute requires

9    the Court to impose a sentence which is sufficient but not

10   greater than necessary to comply with the requirements of

11   that statute.

12          The Court has to consider the nature and

13   circumstances of the offense, which is a serious offense.

14          The history and characteristics of the Defendant,

15   which appear, all but for these circumstances, to have been

16   very favorable, and even the Government acknowledges the fine

17   characteristics of the Defendant outside of these activities

18   and all of the support that he has shown here in court, as

19   well as with the letters that have been submitted for my

20   consideration.

21          The Court has to consider the need for the sentence

22   imposed to reflect the seriousness of the offense, to promote

23   respect for the law and to provide just punishment.

24          The Court has to consider the need to afford

25   adequate deterrence to criminal conduct by others.

1          The Court has to consider the need to protect the

2     public from further crimes of the Defendant, which I think in

3     this case is not a concern.  I think Mr. Carbone has learned

4     his lesson and will not be a threat to society in the future.

5          And the Court has to consider the need to avoid

6     unwarranted sentencing disparities among defendants with

7     similar records who have been found guilty of similar

8     conduct.

9          So I commend both lawyers in this case, Mr. Osborne

10    for recognizing all of the positive attributes of Mr. Carbone

11    and the existence of mitigating factors, and I commend

12    Mr. Weiner for not doing exactly what is done very often, and

13    coming in and asking for probation and time served, when it's

14    really not justified, and asking for what he believes is a

15    reasonable sentence of incarceration.  So I think both

16    attorneys in this case have been very forthright and

17    reasonable in their approaches.

18          And I do believe that a sentence below the guideline

19    range will be sufficient but not greater than necessary to

20    comply with the requirements of Section 3553.

21          Pursuant to the Sentencing Reform Act of 1984, it's

22    the judgment of the Court that the Defendant, Anthony

23    Carbone, is hereby committed to the custody of the Bureau of

24    Prisons to be imprisoned for a term of 24 months.  This term

25    consists of 24 months as to each of counts 2 and 14, to be

```
 1   served concurrently.  Upon release from imprisonment, the
 2   Defendant shall be placed on supervised release for a term of
 3   two years.  This term consists of two years as to each of
 4   counts 2 and 14, to be served concurrently.
 5            Within 72 hours of his release, the Defendant shall
 6   report in person to the probation office in the district
 7   where he's released.
 8            While on supervised release, the Defendant shall not
 9   commit any crimes, he shall be prohibited from possessing a
10   firearm or other dangerous devices, and he shall not possess
11   a controlled substance.  He shall cooperate in the collection
12   of DNA and shall comply with the standard conditions of
13   supervised release that have been adopted by this Court, as
14   well as the following special conditions:
15            Substance abuse treatment, financial disclosure
16   requirement, permissible search, and association restriction,
17   as noted in Part G of the presentence report.
18            The Defendant shall also immediately pay to the
19   United States a special assessment of $200, $100 as to each
20   of the two counts of conviction.
21            So the total sentence is 24 months' imprisonment,
22   two years' supervised release and a $200 special assessment.
23            And the Court also orders forfeiture of the
24   Defendant's right, title and interest in property consistent
25   with the plea agreement and requests that the United States
```

```
 1    submit a proposed order of forfeiture within three business

 2    days of this proceeding.

 3            Now that sentence has been imposed, does the

 4    Defendant or his counsel object to the Court's findings of

 5    fact or the manner in which sentence was pronounced?

 6            MR. WEINER:  We do not, sir.

 7            THE COURT:  Does the Government have any objection?

 8            MR. OSBORNE:  Just checking, Your Honor, whether --

 9    we have already -- yes.  No, I have no objection, Your Honor.

10            THE COURT:  All right.  Mr. Carbone, you have the

11    right to appeal the sentence that's been imposed.  If you

12    wish to file an appeal, you must file your notice of appeal

13    within 14 days from the date judgment's entered in this case,

14    and if you're unable to pay for the cost of an appeal, you

15    may seek leave to file the appeal in forma pauperis.

16            Any recommendations, Mr. Weiner?

17            MR. WEINER:  Yes, Your Honor.

18            We, number one, request a voluntary surrender that

19    the Government does not object to.  We would ask for

20    recommendations, which we know are not binding on the Bureau

21    of Prisons for the Miami camp first and the Pensacola camp

22    second, and the RDAP recommendation, as well, sir.

23            THE COURT:  All right.  I'll make those

24    recommendations.

25            Any objection to self-surrender, Mr. Osborne?
```

1              MR. OSBORNE:  No, Your Honor.

2              THE COURT:  How much time are you looking for?

3              MR. WEINER:  Sixty days would be ideal, because it

4     typically takes at least that for the Bureau of Prisons to

5     designate.

6              THE COURT:  All right.  February 5th, 2015.

7              Sir, you're to surrender to the facility designated

8     by the Bureau of Prisons by 12:00 p.m. on that date, and if

9     no facility is designated by the Bureau of Prisons by that

10    date, then you're to surrender to the United States Marshal's

11    office in Miami, Florida, by 12:00 p.m. on that date.

12             Good luck to you, sir.  Thank you.

13             MR. WEINER:  Thank you so much, Judge.

14        (Proceedings concluded.)

15                              * * * * *

16

17

18

19

20

21

22

23

24

25

```
1                          *  *  *  *  *

2                          I N D E X

3      Court's Imposition of Sentence                31

4                          *  *  *  *  *

5                      E X H I B I T S

6      (None.)

7                          *  *  *  *  *

8                      CERTIFICATE

9          I, Stephen W. Franklin, Registered Merit Reporter, and

10     Certified Realtime Reporter, certify that the foregoing is a

11     correct transcript from the record of proceedings in the

12     above-entitled matter.

13         Dated this 27th day of JANUARY, 2015.

14

15         /s/Stephen W. Franklin
           _____
16         Stephen W. Franklin, RMR, CRR

17

18

19

20

21

22

23

24

25
```

**$**

$100 [1]  32/19
$200 [2]  32/19 32/22

**-**

-v [1]  1/5

**/**

/s/Stephen [1]  35/15

**1**

10 [1]  12/11
100 percent [1]  23/5
10th [2]  10/5 10/9
11 [1]  15/12
12 [1]  12/7
12:00 p.m [2]  34/8 34/11
14 [4]  25/17 31/25 32/4 33/13
14-80140-CR-MARRA [2]  1/2 2/5
15 [1]  25/18
15 percent [1]  25/13
18 [3]  15/24 30/1 30/4
1910 [1]  1/20
1984 [1]  31/21

**2**

20-dollar [1]  16/16
2014 [1]  1/8
2015 [2]  34/6 35/13
21 [9]  8/22 9/13 9/21 9/23 19/23 24/2 24/8
  24/15 25/12
22 [2]  16/13 16/13
24 [5]  16/19 16/22 31/24 31/25 32/21
27th [1]  35/13
28 [1]  16/13

**3**

30 [6]  3/15 8/13 8/24 16/13 24/7 24/16
30 percent [1]  24/16
30-round [1]  15/17
31 [1]  35/3
33 [1]  24/14
33156 [1]  1/21
33401 [1]  1/23
33414 [1]  1/17
3553 [4]  30/1 30/5 30/8 31/20
3768 [1]  1/22

**4**

40-round [2]  15/17 15/20
41st [1]  9/6
46 [2]  17/2 17/5
47 [4]  15/14 15/16 15/21 16/17

**5**

500 [1]  1/17
514-3768 [1]  1/22
561 [1]  1/22
5C1.2 [1]  30/4
5K [1]  24/13
5th [1]  34/6

**7**

701 [1]  1/23
72 [1]  32/5

**9**

9130 [1]  1/20

**A**

able [1]  30/2

above [1]  35/12
above-entitled [1]  35/12
absolutely [3]  10/17 15/3 24/19
abuse [1]  32/15
accessory [1]  7/23
account [2]  8/11 28/7
accounts [1]  25/15
accurate [1]  20/23
acknowledge [2]  9/25 12/22
acknowledged [1]  27/9
acknowledges [1]  30/16
Act [1]  31/21
activities [1]  30/17
activity [1]  11/1
actually [7]  3/19 5/14 6/9 6/22 7/17 22/20
  27/20
addition [2]  6/1 6/13
adequate [1]  30/25
admitted [1]  10/15
adopt [1]  3/3
adopted [1]  32/13
advisory [1]  29/25
affects [1]  12/8
afford [1]  11/21 30/24
afraid [1]  25/24
after [13]
aftercare [1]  25/10
afternoon [7]  2/2 2/7 2/10 2/11 2/14 2/15
  2/16
again [3]  11/5 11/11 23/1
against [6]  12/5 14/17 25/21 28/13 28/20
  29/2
agent [19]
agent's [1]  7/17
agents [4]  8/19 15/15 16/20 17/3
aggravating [4]  3/19 4/16 5/15 6/11
ago [1]  18/24
agree [2]  26/4 27/24
agreed [1]  14/20
agreement [1]  32/25
ahold [2]  4/8 27/14
AK [4]  15/14 15/16 15/21 16/17
AK-47 [4]  15/14 15/16 15/21 16/17
allegedly [1]  19/16
allow [2]  14/16 18/3
almost [2]  4/1 10/12
already [3]  26/13 26/22 33/9
also [10]  3/24 4/16 5/10 6/11 7/10 7/10 12/9
  23/5 32/18 32/23
although [3]  5/11 16/9 27/23
always [4]  4/1 13/11 19/3 19/5
am [8]  2/25 3/20 6/13 9/1 14/9 15/20 22/14
  23/9
amazing [3]  8/19 11/11 14/6
amended [1]  3/2
Amendment [1]  15/18
AMERICA [2]  1/3 2/4
among [1]  31/6
Annabelle [2]  1/19 2/12
another [5]  4/13 11/10 11/10 23/21 23/22
ANTHONY [38]
Anthony's [1]  22/18
any [7]  2/25 20/18 30/6 32/9 33/7 33/16
  33/25
anybody [1]  21/19
anyone [1]  23/2
anything [9]  5/6 5/12 5/13 19/24 23/1 26/14
  27/4 27/10 29/19
aol.com [1]  1/24
apart [1]  19/7
apologized [1]  4/9

apparently [2]  7/19 28/10
appeal [5]  33/11 33/12 33/12 33/14 33/15
appear [1]  30/15
appearances [2]  1/15 2/6
appears [1]  8/7
appreciate [3]  21/16 21/17 21/17
approaches [1]  31/17
appropriate [2]  19/22 26/6
approved [2]  5/24 8/5
aren't [1]  15/19
arguing [2]  5/4 26/19
argument [1]  26/23
Army [2]  10/6 10/14
around [3]  13/7 13/23 16/5
arrange [1]  29/12
arrest [1]  7/11
arrested [1]  17/14
ask [7]  7/22 9/15 19/21 24/4 24/6 24/21
  33/19
asked [3]  7/2 19/23 27/7
asking [7]  8/22 23/4 24/1 24/2 24/8 31/13
  31/14
asks [1]  24/7
aspects [1]  26/14
assessment [2]  32/19 32/22
assistance [3]  29/8 29/11 29/12
associated [1]  28/2
association [1]  32/16
attest [1]  3/21
attorney [4]  7/25 9/7 11/2 28/18
Attorney's [1]  1/16
attorneys [3]  11/5 11/6 31/16
attributes [1]  31/10
AUSA [1]  1/16
Australian [1]  1/17
Ave [1]  1/17
average [1]  24/14
avoid [1]  31/5
away [1]  7/20

**B**

babies [1]  23/8
baby [2]  20/11 23/11
back [8]  7/20 14/7 16/5 23/17 25/6 25/10
  27/11 29/8
backbone [1]  20/19
bad [2]  17/4 17/7
balance [1]  8/10
bar [3]  12/8 13/11 13/23
barely [1]  5/6
bargaining [1]  24/6
based [4]  3/1 9/16 9/16 9/17
basically [2]  13/7 14/24
Beach [3]  1/7 1/17 1/23
beat [3]  17/3 17/4 17/6
became [1]  4/7
because [20]
become [1]  19/15
bed [1]  20/4
before [11]  1/12 2/13 9/14 12/7 12/14 19/9
  20/8 25/16 28/15 28/19 29/19
beg [1]  23/11
behalf [3]  2/8 2/12 23/23
behaved [1]  27/25
behind [2]  9/9 23/2
being [5]  5/25 13/17 14/19 21/21 22/8
believe [3]  2/24 28/6 31/18
believes [1]  31/14
Bell's [4]  9/20 22/5 24/23 25/1
below [2]  24/15 31/18
best [1]  8/11

## B

better [4]  7/2 19/11 19/15 25/5
between [2]  4/3 4/10
big [8]  11/2 11/6 12/21 13/7 14/4 14/4 17/19
 19/6
bills [2]  16/15 16/16
binding [1]  33/20
bit [5]  12/7 15/8 17/1 21/4 22/12
Boca [1]  20/10
Bogenschutz [3]  14/14 14/23 14/25
bond [1]  26/23
both [4]  2/17 27/15 31/9 31/15
bottle [2]  6/4 6/5
bottom [2]  8/23 15/19
Boulevard [1]  1/20
boy [1]  22/17
boys [3]  22/16 22/19 22/20
bragging [2]  13/7 13/10
breast [3]  11/22 22/14 22/25
briefly [2]  18/3 18/22
bring [1]  24/15
brings [2]  20/3 20/13
brother [5]  12/9 17/4 17/6 19/6 21/20
brother-in-law [2]  17/4 17/6
brought [1]  4/20
build [1]  13/21
bumped [1]  18/1
Bureau [5]  31/23 33/20 34/4 34/8 34/9
buried [1]  16/21
business [6]  6/18 8/4 8/4 8/7 29/3 33/1
buy [2]  17/16 27/7
buying [2]  5/12 7/15

## C

C-o-u-s-i-n-e-a-u [1]  18/19
calculated [1]  5/16
calculation [2]  5/2 5/9
called [4]  14/11 14/21 22/22 27/16
calling [1]  28/15
calls [2]  14/11 20/5
came [3]  4/9 7/11 22/20
camp [3]  24/20 33/21 33/21
can't [2]  21/5 23/21
cancer [3]  11/22 22/14 22/25
captain [2]  10/5 10/14
car [5]  7/16 7/16 7/17 7/20 7/21
CARBONE [53]
Carbone's [3]  4/19 6/15 7/9
care [2]  10/20 16/21
careers [1]  12/20
case [14]
cases [2]  6/4 9/10
certain [2]  29/2
certainly [7]  3/21 5/7 5/17 7/4 15/22 27/19
 28/3
CERTIFICATE [1]  35/8
Certified [1]  35/10
certify [1]  35/10
chance [2]  21/2 21/5
changed [2]  28/25 29/5
character [1]  6/15
characteristics [2]  30/14 30/17
charges [1]  19/16
charities [1]  11/14
checking [1]  33/8
Chicago [1]  13/8
children [1]  10/20
chin [2]  21/14 21/15
cigar [1]  13/11
cigars [1]  13/24

circumstances [3]  25/19 30/13 30/15
clear [2]  24/12 24/18
clearly [1]  17/24
Clematis [1]  1/23
client [17]
client's [5]  13/25 14/12 15/1 15/10 15/13
clouded [1]  8/8
club [4]  13/11 13/12 13/14 13/21
cocaine [31]
codefendant [2]  15/14 25/23
codefendants [2]  15/2 24/12
collection [1]  32/11
college [1]  23/24
comes [1]  13/9
coming [4]  13/22 21/17 22/1 31/13
commander [1]  10/11
commend [2]  31/9 31/11
comment [3]  14/7 26/9 26/15
comments [4]  8/17 8/21 11/25 21/16
commit [1]  32/9
committed [1]  31/23
common [1]  19/18
company [1]  10/11
comply [3]  30/10 31/20 32/12
concern [1]  31/3
concerned [1]  20/10
conclude [1]  23/15
concluded [1]  34/14
concurrently [2]  32/1 32/4
condition [1]  9/20
conditions [2]  32/12 32/14
conduct [2]  30/25 31/8
confident [1]  28/17
connections [2]  13/15 17/20
consider [12]
consideration [2]  3/16 30/20
considered [1]  29/23
considering [1]  7/8
consistent [1]  32/24
consists [2]  31/25 32/3
contact [1]  28/14
contacts [3]  17/23 26/17 27/3
contains [1]  29/24
context [4]  7/1 8/25 17/9 18/1
continues [1]  22/24
controlled [2]  16/9 32/11
convicted [1]  11/6
conviction [1]  32/20
cooperate [10]  14/13 24/9 24/10 28/13 28/15
 28/23 29/2 29/4 29/6 32/11
cooperation [2]  24/11 28/8
cooperator [1]  29/14
correct [2]  2/25 35/11
cosigned [1]  11/22
cost [1]  33/14
couldn't [3]  11/21 12/13 20/22
counsel [4]  2/6 2/22 8/15 33/4
counterfeit [1]  5/19 5/20 16/14
counterfeiting [2]  16/14 16/18
counts [2]  26/1 31/25 32/4 32/20
counts 2 [2]  31/25 32/4
couple [1]  23/1
course [5]  14/24 17/16 24/20 25/21 25/22
court [30]
Court's [3]  22/6 33/4 35/3
Cousineau [3]  18/11 18/12 18/18
CPE [1]  1/22
CR [2]  1/2 2/5
created [2]  4/25 6/6
credibility [1]  9/18
credible [1]  28/17

credit [1]  25/14
crime [3]  7/23 14/1 28/3
crimes [2]  31/2 32/9
criminal [5]  9/6 9/10 11/1 14/14 30/25
criteria [1]  30/4
CRR [2]  1/22 35/16
cry [3]  21/8 21/9 21/10
culpability [1]  4/18
culpable [5]  4/1 4/14 26/19 27/22 27/25
custody [4]  13/5 24/19 25/3 31/23

## D

dad [6]  12/7 12/10 12/11 12/12 12/13 12/14
Dadeland [1]  1/20
dads [1]  23/7
dangerous [3]  8/4 8/6 32/10
date [4]  33/13 34/8 34/10 34/11
Dated [1]  35/13
daughter [1]  20/14
daughter's [1]  20/18
Dave [2]  14/13 14/15
days [3]  33/2 33/13 34/3
dealing [1]  17/7
dealings [1]  27/19
deals [1]  16/2
dear [1]  14/13
December [1]  1/8
decide [3]  19/22 28/14 28/15
defendant [18]
Defendant's [2]  22/2 32/24
defendants [2]  26/21 31/6
defense [6]  3/9 9/7 9/10 14/14 18/11 21/23
delivered [1]  15/16
Department [1]  10/6
deployment [4]  10/18 10/19 10/19 11/1
described [1]  29/16
designate [1]  34/5
designated [2]  34/7 34/9
detailed [1]  6/23
deterrence [1]  30/25
devices [1]  32/10
diamond [1]  11/16
didn't [9]  4/6 8/3 12/1 13/12 19/12 22/19
 23/1 23/2 24/9
died [2]  12/7 12/14
different [1]  21/6
difficult [2]  19/10 22/15
dinner [1]  20/14
directly [2]  5/21 27/8
disability [1]  19/10
disclosure [1]  32/15
discussions [1]  17/20
disparities [1]  31/6
displayed [1]  7/3
distributed [1]  17/19
district [4]  1/1 1/1 1/13 32/6
Division [2]  10/5 10/9
DNA [1]  32/12
documented [1]  12/24
does [8]  7/24 19/13 21/18 28/1 29/6 33/3
 33/7 33/19
doesn't [5]  9/19 9/21 13/16 19/11 19/14
doing [1]  14/4 25/8 31/12
dollar [2]  16/15 16/16
dollars [1]  23/1
don't [18]
done [4]  4/23 5/12 19/17 31/12
doubt [1]  15/3
down [7]  8/22 13/18 13/22 20/6 23/20 24/7
 24/15
drinking [1]  25/3

**D**

drive [2]  7/22 21/2
driven [2]  5/1 5/9
driving [2]  7/20 17/15
drools [1]  24/25
drove [1]  7/14
drug [1]  6/7
drugs [8]  4/1 4/6 4/12 4/23 5/22 6/7 8/5 16/4
dying [1]  20/1
dynamic [1]  4/10

**E**

E-l-l-i-s [1]  22/11
E-mail [1]  1/24
each [6]  8/20 15/7 26/21 31/25 32/3 32/19
early [1]  15/9
easy [1]  23/11
eating [1]  25/3
education [1]  23/24
either [2]  3/10 7/19
Ellis [2]  21/24 22/11
else [1]  21/4
embarrassed [2]  21/15 23/9
emphasized [1]  8/1
emphasizing [1]  25/20
employers [1]  22/3
end [1]  3/14
enough [2]  9/25 21/21
enter [1]  14/16
entered [1]  33/13
entire [1]  4/25
entitled [1]  35/12
entrapment [1]  17/25
especially [4]  9/9 9/19 10/2 11/6
ESQ [2]  1/18 1/19
essentially [4]  7/1 13/4 26/19 29/12
ethical [1]  10/13
even [7]  8/8 9/10 11/21 19/5 25/24 27/25 30/16
ever [2]  21/1 27/13
every [5]  9/15 10/21 20/2 22/22 24/4
everybody [2]  19/14 23/19
everyone [1]  21/18
everything [3]  9/17 20/20 25/4
evidence [6]  14/8 25/21 27/1 27/3 27/18 27/21
exact [2]  5/14 16/22
exactly [1]  31/12
excuse [3]  12/16 13/3 15/10
existence [1]  31/11
expect [1]  4/11
expecting [1]  23/19
experienced [2]  7/5 7/5
explained [1]  29/13
extent [1]  13/1
eyes [1]  12/14

**F**

face [1]  20/8
facility [4]  22/4 24/20 34/7 34/9
fact [7]  5/3 5/23 15/16 15/25 16/4 27/25 33/5
factor [5]  3/23 3/24 4/13 6/12 28/6
factors [9]  3/19 4/16 5/15 5/17 8/11 29/15 29/25 30/8 31/11
facts [2]  3/25 9/16
fair [9]  5/5 8/21 9/12 9/23 21/21 24/3 24/8 26/4 26/5
fairest [1]  26/4
familiar [1]  10/7
family [6]  7/13 8/8 20/12 20/13 20/15 22/3

far [4]  5/7 25/3 25/3 25/4
fashion [1]  9/12
favorable [1]  30/16
FDA [1]  2/9
February [1]  34/6
February 5th [1]  34/6
federal [1]  10/16
fell [1]  12/11
Fellas [1]  28/1
fellow [1]  12/23
felon [1]  10/15
felons [1]  11/6
few [4]  8/16 9/24 11/25 20/1
fiance' [4]  7/16 7/21 7/21 22/2
file [4]  29/9 33/12 33/12 33/15
filed [1]  3/20
finally [1]  21/14
financial [1]  32/15
financially [1]  23/20
findings [1]  3/4 3/4 33/4
finds [2]  30/2 30/3
fine [3]  14/14 30/3 30/16
finger [1]  26/21
Fiore [45]
Fiore's [10]  4/18 5/22 12/2 16/14 17/23 26/17 26/22 27/3 28/12 28/18
firearm [1]  32/10
firm [1]  11/3
firms [1]  11/6
first [10]  8/16 8/25 9/23 15/1 21/1 24/11 27/23 28/13 28/24 33/21
fishing [1]  12/10
fitness [1]  19/19
FL [2]  1/17 1/21
FLORIDA [4]  1/1 1/7 1/23 34/11
following [2]  23/16 32/14
forced [1]  14/5
foregoing [1]  35/10
forfeiture [2]  32/23 33/1
forma [1]  33/15
forth [3]  30/1 30/4 30/8
forthright [1]  31/16
forward [2]  18/12 23/23
found [3]  9/7 28/10 31/7
fourth [1]  22/17
Frank [2]  13/6 13/6
Franklin [4]  1/22 35/9 35/15 35/16
frankly [2]  4/24 5/11
free [1]  19/4
friend [4]  14/13 18/24 22/23 22/23
friends [4]  3/22 7/6 18/25 22/4
frowned [1]  11/7
fully [1]  12/21
functions [1]  11/14
fundraiser [1]  22/25
furniture [1]  11/11
further [1]  31/2
future [1]  31/4

**G**

gave [4]  19/12 19/13 21/1 27/12
gear [1]  12/10
gee [1]  16/7
generosity [1]  23/19
gentleman [3]  8/18 11/23 14/19
gets [5]  4/4 16/12 17/2 20/7 24/14
getting [2]  7/19 27/14
girlfriend's [1]  13/19
give [6]  10/24 11/15 19/12 19/14 21/5 25/12
given [2]  4/12 26/13
gives [4]  6/22 16/14 20/11 21/11

goes [1]  9/8
going [34]
gonna [1]  29/4
good [11]  2/2 2/7 2/10 2/11 2/14 2/15 2/16 3/22 19/2 28/1 34/12
got [6]  3/6 7/16 12/4 12/5 13/15 24/13
GOVERNMENT [13]
Government's [2]  24/17 29/6
grabbed [1]  4/8
grabs [1]  16/5
grades [1]  12/15
graduate [1]  23/25
graduating [1]  10/8
grandfathers [1]  23/8
great [5]  12/25 15/5 20/13 25/8 25/9
greater [2]  30/10 31/19
guess [3]  7/7 9/17 25/16
guideline [6]  3/14 4/25 5/5 8/12 8/23 31/18
guidelines [9]  2/25 5/1 5/9 5/11 5/16 13/3 17/12 18/2 29/25
guilt [1]  9/5
guilty [18]
gun [1]  15/20
guns [2]  15/19 15/20
guy [15]
guys [3]  13/2 13/8 13/22

**H**

halfway [1]  25/17
hang [1]  20/15
hanging [1]  20/4
hangs [1]  21/12
happened [2]  7/11 9/11
happens [2]  14/8 26/20
haven't [1]  14/20
having [4]  7/20 22/21 27/14 27/16
he'd [2]  5/13 16/21
he'll [3]  16/25 19/4 26/23
he's [34]
head [2]  21/13 21/13
hear [6]  6/17 7/7 9/10 12/1 28/17 28/24
heard [1]  3/8
help [1]  4/22
helped [3]  11/18 11/20 28/9
helps [3]  19/15 23/20 23/21
here [31]
here's [2]  8/24 24/1
hereby [1]  31/23
hey [2]  13/14 20/5
himself [1]  29/13
history [1]  30/14
hit [1]  18/24
hitting [1]  14/4
Honor [44]
Honor's [1]  26/22
HONORABLE [1]  1/12
hope [4]  10/24 20/11 25/12 26/5
hopefully [1]  25/17
horrible [2]  12/15 17/15
hospital [1]  22/20
hours [1]  32/5
house [1]  25/17
human [3]  5/24 6/1 8/5
hundred [1]  16/15
hundreds [1]  9/10
hung [1]  21/13
hunting [1]  15/22

**I**

I'd [3]  5/6 26/14 28/22
I'll [3]  16/7 21/9 33/23

**I**

I'm [24]
I've [11]  3/6 8/20 12/4 12/5 12/19 13/15 19/3
  20/8 20/24 21/13 26/12
i.e [1]  17/8
idea [3]  4/19 27/21 28/8
ideal [1]  34/3
immature [1]  13/18
immediately [1]  32/18
impact [1]  12/8
important [2]  5/15 29/15
impose [3]  8/12 29/20 30/9
imposed [4]  30/6 30/22 33/3 33/11
imposing [1]  30/7
Imposition [1]  35/3
impressed [2]  3/20 6/14
imprisoned [1]  31/24
imprisonment [2]  32/1 32/21
inaccurate [1]  6/4
incarceration [3]  3/15 8/13 31/15
incident [2]  4/5 6/21
include [1]  22/17
including [3]  12/19 12/19 15/2
individuals [1]  29/2
industry [1]  19/19
infantry [1]  10/4
initially [2]  4/15 5/20
innuendo [1]  12/25
insane [1]  20/8
insight [1]  10/24
intangible [1]  26/2
intended [1]  6/8
intention [1]  28/20
interest [1]  32/24
interesting [1]  11/13
intimidated [3]  15/11 16/9 16/10
introduce [1]  22/8
introduces [1]  20/15
introductory [1]  8/16
investigation [3]  2/18 8/19 29/6
involved [6]  6/18 10/23 16/14 17/18 26/1
  27/4
involvement [1]  5/8
issue [1]  27/1
issues [1]  10/13
it's [27]

**J**

JANUARY [1]  35/13
Jeff [3]  2/11 14/15 14/20
Jeffrey [2]  1/18 1/19
Jersey [1]  13/9
job [5]  8/21 15/5 20/22 20/22 23/21
jobs [1]  20/25
jubilee [1]  11/16
judge [8]  1/13 2/11 2/15 10/12 11/13 15/18
  19/22 34/13
judges [5]  9/7 9/8 11/14 12/19 26/4
judgment [5]  8/8 12/20 13/19 17/15 31/22
judgment's [1]  33/13
jumped [1]  12/12
just [17]
justified [1]  31/14

**K**

keep [3]  6/16 23/17 25/20
KENNETH [1]  1/12
kick [1]  19/3
killed [3]  16/19 16/25 25/25
killer [1]  15/15

kilo [2]  7/15 7/17
kind [4]  4/8 6/19 7/4 9/25
kinda [1]  28/1
kindness [1]  23/18
knew [4]  4/21 11/19 15/6 25/25
know [58]
knowledge [2]  7/3 19/18
known [2]  7/6 15/25
knows [3]  13/8 16/23 17/13

**L**

lady [1]  11/20
last [5]  10/13 18/16 18/18 20/1 22/11
laughter [1]  21/11
law [5]  9/10 17/4 17/6 17/24 30/23
lawyer [3]  14/14 28/12 28/14
lawyers [6]  9/14 9/18 11/14 12/19 24/4 31/9
learned [1]  31/3
least [2]  28/12 34/4
leave [1]  33/15
lecture [1]  6/23
leniency [1]  23/4
less [2]  21/4 27/22
lesson [1]  31/4
Let [1]  19/21
let's [5]  14/3 14/4 20/6 24/13 24/13
lets [1]  20/14
letter [13]
letterhead [1]  10/6
letters [10]  3/20 6/14 8/3 10/1 10/2 10/3
  10/25 11/5 23/17 30/19
level [1]  5/14
life [5]  10/25 12/16 19/11 20/11 25/1
life-threatening [1]  25/1
likely [2]  5/3 5/4
line [1]  15/19
listed [1]  6/4
listen [1]  14/12
little [7]  3/25 9/18 12/7 12/13 15/8 21/4
  22/12
location [1]  7/14
long [2]  21/13 22/15
looking [4]  10/4 10/14 13/25 34/2
looks [2]  21/4 21/5
lot [6]  3/21 6/14 6/16 7/13 9/14 26/21
Louisiana [1]  13/9
love [4]  21/7 21/11 22/10 23/12
loved [1]  19/3
low [4]  3/14 20/3 21/13 21/13
luck [2]  13/18 34/12

**M**

ma'am [1]  23/14
Mafia [2]  16/23 16/23
Mafioso [2]  13/7 13/22
magazine [2]  15/17 15/21
magazines [2]  15/16 15/17
mail [1]  12/4
major [1]  12/8
makes [2]  16/6 19/8 24/18
man [3]  10/24 15/10 16/19
manageable [1]  25/17
manner [2]  28/1 33/5
manufactured [1]  17/18
Marc [3]  1/16 2/7 14/19
market [1]  7/5
MARRA [3]  1/2 1/12 2/5
Marshal's [1]  34/10
mastectomy [1]  22/21
matter [2]  9/19 35/12
Matthew [2]  18/11 18/18

Max [1]  2/9
maybe [4]  4/11 7/21 16/23 25/18
me [30]
mean [6]  4/25 6/14 7/11 20/17 20/25 23/17
means [1]  21/3
medical [1]  9/20
medically [1]  23/20
meet [6]  27/17 27/17 28/16 28/22 29/1 29/7
meeting [2]  4/22 27/15
meetings [1]  16/3
meets [3]  13/6 13/10 30/3
men [1]  4/11
mental [1]  9/20
mention [3]  6/13 9/3 9/23
mentioned [1]  6/21
merely [1]  12/17
Merit [1]  35/9
message [1]  24/11
met [1]  18/23
Miami [3]  1/21 33/21 34/11
middle [1]  24/7
might [2]  4/14 15/8
military [1]  10/7
mind [5]  6/16 15/4 25/10 28/25 29/5
minimum [1]  30/6
minute [1]  9/4
mislabeled [4]  5/23 5/25 6/2 8/6
mistake [4]  12/20 12/21 23/7 23/9
mistakes [1]  23/8
mitigate [1]  9/5
mitigating [8]  3/19 3/23 3/24 4/13 8/11 28/6
  29/15 31/11
mitigation [1]  12/17
Mitzvah [1]  12/8
mom [3]  22/17 22/18 23/5
moms [1]  23/7
money [7]  13/12 13/16 13/18 17/16 19/13
  20/9 20/10
months [20]
months' [3]  3/15 8/13 32/21
moral [1]  20/2
morning [1]  3/20
most [1]  26/12
mother [3]  20/15 22/2 22/16
motion [3]  7/12 26/22 29/9
Mountain [2]  10/5 10/9
move [1]  26/18
moving [1]  10/21
Mr. [94]
Mr. Anthony [2]  18/22 18/23
Mr. Bogenschutz [2]  14/23 14/25
Mr. Carbone [41]
Mr. Carbone's [3]  4/19 6/15 7/9
Mr. Cousineau [1]  18/12
Mr. Fiore [25]
Mr. Fiore's [7]  4/18 5/22 26/17 26/22 27/3
  28/12 28/18
Mr. Osborne [3]  3/8 31/9 33/25
Mr. Osborne's [1]  24/22
Mr. Weiner [8]  26/17 28/5 28/10 28/22 29/3
  29/12 31/12 33/16
Mr. Weinter [1]  26/14
much [8]  6/23 16/25 18/10 23/12 23/13 24/5
  34/2 34/13
muscle [1]  13/2
must [2]  30/7 33/12
mutual [1]  18/24
myself [2]  15/20 20/16

**N**

Nahra [2]  1/19 2/12

## N

naive [1]  13/18
name [7]  11/15 18/16 18/16 18/18 18/19
  22/10 22/11
nasty [1]  15/20
nature [1]  30/12
necessary [2]  30/10 31/19
neck [1]  16/6
need [12]
needed [2]  22/23 29/13
needing [1]  13/18
negative [1]  3/18
negotiating [1]  27/6
never [13]
New [4]  13/9 13/9 17/22 27/3
no [20]
nobody [5]  10/19 11/19 13/13 14/5 21/10
none [3]  12/16 16/4 35/6
normal [1]  19/1
normally [1]  4/11
noted [1]  32/17
nothing [6]  12/4 12/5 15/24 21/3 23/19 26/24
notice [1]  33/12
NRA [1]  15/18
number [2]  2/4 33/18
Nutrition [2]  19/19 20/10

## O

object [2]  33/4 33/19
objection [3]  33/7 33/9 33/25
objections [2]  2/25 3/1
obtain [1]  28/9
obvious [1]  10/12
obviously [4]  6/6 8/1 22/19 23/4
occasions [1]  15/7
off [5]  17/5 18/24 23/10 24/16 28/4
offense [5]  3/25 5/14 30/13 30/13 30/22
offered [3]  15/14 20/22 24/9
offers [1]  16/15
office [3]  1/16 32/6 34/11
officer [3]  8/20 17/13 25/8
Official [1]  1/22
often [1]  31/12
oh [1]  13/23
okay [6]  3/12 13/20 16/17 22/14 27/9 27/17
old [1]  12/11
one [21]
one-time [1]  6/19
one-year [1]  22/14
Oneonta [1]  23/25
only [11]  5/12 15/4 19/6 21/9 21/11 21/24
  22/20 23/5 27/13 27/20 29/1
open [3]  13/11 13/11 13/14
oppose [1]  24/22
order [2]  2/1 33/1
orders [1]  32/23
organized [2]  14/1 28/3
originally [1]  3/17
Osborne [6]  1/16 2/8 3/8 14/19 31/9 33/25
Osborne's [1]  24/22
others [2]  29/2 30/25
ought [1]  10/24
ounce [1]  11/19
our [7]  3/11 9/19 11/15 20/19 21/24 23/8
  26/6
outside [1]  30/17
overboard [1]  12/11
overdose [1]  6/7
owner [1]  15/20

## P

P.A [1]  1/19
p.m [2]  34/8 34/11
page [1]  16/13
page 22 [1]  16/13
Palm [3]  1/7 1/17 1/23
palsy [4]  9/21 22/5 24/23 25/1
paragraph [7]  15/12 15/24 16/13 16/19
  16/22 17/2 17/5
paragraph 11 [1]  15/12
paragraph 18 [1]  15/24
paragraph 22 [1]  16/13
paragraph 24 [2]  16/19 16/22
paragraph 46 [2]  17/2 17/5
particular [1]  6/21
parties [1]  29/24
pass [1]  13/10
past [1]  21/6
pauperis [1]  33/15
pay [4]  16/25 30/3 32/18 33/14
Pensacola [1]  33/21
people [18]
percent [4]  23/5 24/15 24/16 25/13
period [1]  13/4
permissible [2]  6/1 32/16
permission [2]  5/22 27/11 27/12
person [12]
perspective [2]  12/1 12/6
Pete [1]  12/9
Pete's [1]  12/14
phone [1]  4/22
phonetic [1]  2/9
physically [1]  4/7
pick [1]  21/14
picks [1]  21/14
pills [1]  16/8
pity [2]  19/1 19/4
placed [2]  8/9 32/2
planning [1]  7/19
play [2]  20/14 25/24
player [1]  7/5
plea [4]  9/11 14/16 25/20 32/25
plead [7]  14/9 14/12 15/1 15/3 23/11 24/10
  25/22
pleads [1]  15/2
pleas [1]  28/9
please [9]  2/2 2/6 8/25 18/12 18/17 18/21
  22/9 23/10 23/10
pled [4]  9/5 15/4 17/11 28/19
point [5]  10/8 14/21 24/25 27/18 27/22
pointing [1]  26/21
position [2]  26/13
positive [3]  3/18 7/25 31/10
possess [1]  32/10
possessing [1]  32/9
possible [1]  16/8
poster [1]  11/15
potency [1]  6/5
power [1]  4/10
practiced [1]  9/9
pregnant [4]  7/16 7/21 13/19 17/15
preponderance [1]  5/8
presence [1]  7/18
present [2]  2/13 9/20
presentence [5]  2/18 3/4 3/17 29/24 32/17
pressure [1]  7/18
prestigious [1]  11/3
price [2]  6/25 7/2
prices [1]  7/4
prison [1]  23/10

Prisons [5]  31/24 33/21 34/4 34/8 34/9
probably [2]  14/22 25/17
probation [8]  8/20 9/15 13/4 17/13 24/4 25/7
  31/13 32/6
proceeding [1]  33/2
proceedings [4]  1/11 8/19 34/14 35/11
product [2]  5/24 5/25
professional [1]  14/20
program [5]  24/19 25/7 25/9 25/10 25/15
prohibited [1]  32/9
promote [1]  30/22
promotion [1]  10/14
pronounced [1]  33/5
property [1]  32/24
proposed [1]  33/1
prosecutor [7]  8/18 9/25 10/23 12/25 14/11
  16/2 17/12
protect [1]  31/1
proud [2]  22/16 22/18
provide [1]  30/23
provided [2]  28/8 29/10
provides [1]  29/8
PSI [11]  3/2 8/21 12/2 12/3 12/25 15/13
  15/24 16/13 16/22 17/5 24/18
public [1]  31/2
publicity [2]  11/16 11/19
pulled [1]  17/4
punch [1]  19/4
punishment [1]  30/23
Pursuant [1]  31/21
put [4]  12/1 12/5 13/23 17/17

## Q

quadriplegic [2]  11/23 19/9
quality [3]  6/25 10/1 23/22
quantity [1]  16/4
question [4]  9/1 9/2 14/10 19/21
quick [2]  18/7 18/7
quite [2]  6/22 10/7
quote [3]  16/22 17/5 17/7

## R

raised [1]  22/25
range [7]  3/14 4/25 5/2 5/5 8/12 15/22 31/19
ranking [1]  11/16
rather [1]  27/2
RDAP [3]  24/19 25/15 33/22
ready [4]  14/12 14/12 15/6 25/11
real [1]  20/3
realistic [1]  9/22
reality [1]  7/14
really [11]  4/19 4/24 9/8 9/12 12/24 14/1
  14/7 14/22 16/7 26/20 31/14
Realtime [1]  35/10
reason [2]  28/9 29/11
reasonable [2]  31/15 31/17
recognizing [1]  31/10
recommend [1]  24/21
recommendation [3]  8/23 9/22 33/22
recommendations [3]  33/16 33/20 33/24
recommended [1]  3/11
recommending [1]  24/17
recommends [1]  3/13
record [2]  10/17 35/11
recordings [1]  28/2
records [1]  31/7
recount [1]  15/13
reduce [1]  29/9
reduced [1]  25/16
reduction [3]  24/14 25/13 25/13
refer [1]  15/12

41

**R**

reference [1]  24/3
referenced [2]  12/2 12/2
referred [2]  12/24 16/2
reflect [1]  30/22
Reform [1]  31/21
regard [2]  27/23 30/6
regarding [1]  17/21
Registered [1]  35/9
relate [1]  12/6
relationship [1]  18/22
release [6]  32/1 32/2 32/5 32/8 32/13 32/22
released [2]  25/9 32/7
reliance [1]  8/9
relied [1]  7/13
repeat [1]  26/13
report [8]  2/18 3/4 3/17 6/22 29/9 29/24 32/6
  32/17
Reporter [4]  1/22 1/22 35/9 35/10
represented [2]  10/25 12/19
represents [1]  14/14
reputation [1]  26/3
request [3]  3/6 26/6 33/18
requests [1]  32/25
requirement [1]  32/16
requirements [2]  30/10 31/20
requires [1]  30/8
respect [2]  24/5 30/23
respectfully [1]  25/19
responsibilities [2]  7/13 8/9
responsibility [1]  26/16
rest [1]  27/24
restriction [1]  32/16
retail [1]  6/25
return [1]  23/19
review [1]  14/8
reviewed [2]  2/18 2/21
right [21]
risk [2]  6/6 25/25
RMR [2]  1/22 35/16
road [1]  22/15
Rocco [2]  17/6 17/7
role [1]  27/6
Roseland [2]  21/24 22/10
rough [1]  25/24
rougher [1]  25/3
round [3]  15/17 15/17 15/20

**S**

sad [1]  23/9
Safety [2]  3/16 17/17
sale [2]  4/18 4/23
salon [3]  11/21 13/13 22/3
same [3]  5/14 6/9 26/23
save [2]  12/12 12/13
say [12]
saying [4]  7/24 13/24 14/2 23/5
says [3]  13/14 14/9 14/20
scared [1]  16/10
scenes [1]  9/9
scheme [1]  27/24
search [1]  32/16
seated [1]  2/2
second [3]  10/18 15/18 33/22
Section [5]  30/1 30/4 30/5 30/8 31/20
seek [1]  33/15
seem [2]  3/21 7/25
seems [1]  8/1
seen [3]  10/2 20/8 26/22
sees [1]  21/6

self [1]  33/25
self-surrender [1]  33/25
sell [5]  13/24 14/3 14/3 15/14 17/23
selling [6]  4/2 5/19 6/24 7/1 8/5 13/2
sells [1]  4/5
senior [1]  10/8
sentence [26]
sentenced [1]  5/4
sentencing [7]  1/11 2/17 17/25 26/24 28/7
  31/6 31/21
serious [3]  25/1 25/2 30/13
seriously [1]  8/8
seriousness [1]  30/22
served [4]  25/14 31/13 32/1 32/4
set [5]  4/22 27/14 29/25 30/4 30/8
several [1]  14/11
SFranklinUSDC [1]  1/24
shall [8]  32/2 32/5 32/8 32/9 32/10 32/11
  32/12 32/18
shattered [1]  32/16
she's [1]  22/1
shipped [1]  17/22
shooting [1]  15/21
shop [1]  20/6
should [14]
show [2]  21/2 21/2
showing [1]  13/22
shown [1]  30/18
side [3]  7/25 8/1 8/2
sides [1]  2/17
significant [1]  7/3
similar [2]  31/7 31/7
sir [12]
six [4]  9/15 11/1 24/4 24/6
sixties [1]  15/9
Sixty [1]  34/3
smacks [1]  16/5
small [3]  13/1 13/4 13/12
smile [1]  21/10
smiles [1]  21/11
sniper [1]  15/14
snorted [1]  7/18
society [1]  31/4
sold [4]  5/20 7/4 9/2 17/18
somebody [3]  13/17 21/3 28/16
somehow [1]  28/8
someone [2]  21/4 25/24
something [6]  6/19 7/8 19/14 22/19 26/1
  26/20
sometimes [1]  6/2
son [1]  10/7
soon [1]  16/8
sorry [1]  16/7
sorts [1]  22/4
South [2]  1/17 1/20
SOUTHERN [1]  1/1
speak [3]  4/20 24/24 24/24
special [7]  2/9 10/21 13/17 23/24 32/14 32/19
  32/22
specifically [1]  28/18
spell [1]  18/16
spelling [2]  22/11
split [1]  24/7
spoken [1]  6/15
sport [1]  15/21
standard [1]  32/12
start [4]  13/21 13/22 14/4 14/4
starts [1]  14/2
state [3]  2/6 9/20 10/15
stated [1]  6/5 17/3
statement [3]  17/17 18/7 18/15

statements [3]  18/6 18/8 29/23
STATES [9]  1/1 1/3 1/13 1/16 2/3 2/8 32/19
  32/25 34/10
stating [1]  23/16
statute [2]  30/8 30/11
statutory [2]  29/25 30/6
stellar [1]  12/20
step [3]  10/21 22/22 24/11
Stephen [4]  1/22 35/9 35/15 35/16
steroid [2]  6/1 6/5
steroids [16]
still [4]  12/8 19/3 19/4 29/7
story [1]  28/18
Street [1]  1/23
strength [2]  6/2 6/3
strong [1]  25/22
strutting [1]  13/6
student [1]  12/15
stuff [2]  13/3 14/6
submit [1]  33/1
submitted [1]  30/19
substance [2]  32/11 32/15
substantial [2]  29/8 29/11
such [2]  8/9 11/7
sufficient [2]  30/9 31/19
suggest [1]  25/19
suggested [1]  26/17
suggesting [1]  17/25
suggests [1]  4/10
Suite [1]  1/20
SUNY [1]  23/25
supervised [4]  32/2 32/8 32/13 32/22
supplier [1]  4/4
supplying [2]  4/1 4/12
support [2]  20/2 30/18
supports [2]  27/2 27/21
supposed [1]  4/15
sure [4]  4/21 19/8 26/11 26/23
surprised [2]  6/17 7/7
surrender [5]  24/22 33/18 33/25 34/7 34/10
surviver [1]  22/15
survivor [1]  11/22
sweet [2]  22/21 23/6
sworn [1]  18/13

**T**

table [1]  16/6
take [5]  6/7 10/19 13/2 22/6 28/7
taken [2]  8/11 16/21
takes [2]  20/14 34/4
tale [1]  23/18
talk [2]  16/1 18/21
talking [7]  11/3 11/11 16/11 16/24 16/25
  21/9 21/10
talks [1]  24/25
tanning [4]  11/21 13/13 20/10 22/3
tape [1]  16/20
target [1]  15/19
taught [1]  23/24
telemarketing [2]  20/24 21/1
tell [10]  3/7 3/10 9/1 9/22 14/12 16/7 18/16
  22/12 24/2 28/22
telling [3]  12/17 14/23 16/19
tells [3]  10/18 11/8 20/5
term [5]  25/17 31/24 31/24 32/2 32/3
testify [4]  14/17 14/17 15/7 18/5
texted [1]  22/23
thank [14]
that's [19]
there's [9]  3/24 6/14 6/21 8/10 11/2 17/25
  18/25 27/3 29/15

## T

therefore [1]  30/5
they're [6]  8/11 10/9 13/24 18/6 22/5 22/7
thing [11]  6/9 6/19 10/13 11/7 17/10 19/2
 19/2 20/13 27/13 28/5 28/13
things [3]  9/24 19/20 26/10
think [28]
thinking [3]  10/1 15/9 24/10
thinks [1]  13/17
third [2]  10/19 24/14
those [4]  5/15 5/22 9/17 33/23
though [2]  4/16 9/10
thousand [1]  23/1
threat [2]  25/23 31/4
threatening [3]  4/7 25/1 27/25
three [4]  15/16 22/16 25/13 33/1
through [3]  18/24 30/1 30/5
throughout [1]  8/18
timing [1]  25/22
title [1]  32/24
today [1]  24/24
together [2]  13/14 20/6
told [10]  8/20 9/8 14/24 27/8 27/9 27/17
 28/11 28/12 28/18 29/3
too [4]  12/12 19/18 24/5 27/20
took [3]  7/17 25/25 27/6
top [1]  12/15
total [3]  19/19 20/9 32/21
totally [2]  16/8 16/9
tough [7]  10/9 13/8 13/8 16/1 16/23 17/2
 25/24
toward [1]  24/11
towards [1]  4/7
trained [1]  10/9
transactions [1]  27/6
transcript [2]  1/11 35/11
treat [1]  19/1
treatment [2]  24/23 32/15
trials [1]  9/11
tried [2]  12/12 29/12
tries [1]  28/3
Trimm [1]  2/9
trip [1]  12/10
trouble [3]  23/6 27/14 27/16
true [4]  6/9 14/24 28/1 28/14
trust [1]  26/4
truthful [1]  13/16
trying [1]  20/9
Twenty [2]  24/16 26/6
Twenty-one [2]  24/16 26/6
two [15]
type [4]  6/24
types [1]  18/25
typical [1]  24/14
typically [2]  11/15 34/4

## U

U.S.C [2]  30/1 30/4
unable [1]  33/14
unbelievable [3]  10/18 23/18 23/22
under [5]  4/25 5/11 17/24 19/5 25/19
undercover [11]  4/9 4/20 5/21 6/23 7/2 7/17
 15/15 16/6 16/24 17/3 17/20
underground [1]  16/21
understand [2]  8/25 25/2
unintentionally [1]  6/7
UNITED [9]  1/1 1/3 1/13 1/16 2/3 2/8 32/19
 32/25 34/10
Unlike [1]  27/5
unrealistic [1]  9/16

until [2]  3/8 20/22
unusual [1]  3/25
unwarranted [1]  31/6
upon [2]  11/7 32/1
upped [1]  17/11
upset [1]  16/3
us [8]  18/16 18/21 20/19 22/12 26/5 29/1
 29/8 29/11
used [4]  7/20 7/22 13/19 27/20
users [1]  8/6
using [1]  6/6
Usually [1]  3/25

## V

value [1]  11/4
Valve [2]  3/16 17/17
variance [2]  3/6 7/12
versus [1]  2/4
very [14]
veteran [1]  11/10
veterinary [1]  5/25
vicious [1]  15/20
virtually [1]  26/24
visited [1]  25/8
volume [1]  14/4
voluntarily [1]  16/11
voluntary [3]  24/21 25/7 33/18

## W

wait [1]  3/8
wanna [1]  16/23
want [23]
wanted [8]  13/11 15/7 16/4 16/19 17/3 17/6
 28/23 29/1
wanting [1]  25/24
wants [5]  10/14 13/10 16/20 16/24 19/11
wasn't [1]  12/21
watch [1]  17/5
water [1]  12/12
we're [13]
we've [2]  3/8 19/23
weapon [3]  15/14 15/15 15/23
week [1]  12/7
weekend [1]  15/22
weeks [1]  25/13
Weiner [11]  1/18 1/19 2/11 26/17 28/5 28/10
 28/22 29/3 29/12 31/12 33/16
Weinter [1]  26/14
well [7]  15/9 25/21 28/12 29/25 30/19 32/14
 33/22
went [2]  7/16 12/15
wer're [1]  13/23
West [4]  1/7 1/17 1/23 10/8
what's [3]  11/13 14/15 26/5
whatever [7]  4/17 8/7 9/4 11/17 19/16 19/16
 24/25
whatnot [1]  19/10
whatsoever [1]  15/4
wheelchair [2]  11/23 19/2
where [14]
whether [3]  23/20 28/2 33/8
while [4]  22/1 22/21 24/19 32/8
who's [5]  2/13 11/20 12/9 27/16 28/14
whole [5]  8/2 10/25 12/18 17/1 28/18
whom [1]  4/2
why [6]  3/11 8/24 9/23 15/10 22/13 24/3
wife [2]  10/20 17/15
willing [3]  28/22 29/7 29/14
wing [1]  19/5
wish [2]  29/19 33/12
within [4]  8/12 32/5 33/1 33/13

without [2]  20/1 30/6
witness [4]  14/21 21/25 28/16 28/20
witnesses [2]  18/4 18/5
won't [1]  26/13
words [1]  6/3
work [5]  19/8 19/12 19/13 19/18 20/6
worked [1]  19/9
works [2]  11/20 20/25
world [2]  13/20 18/25
worse [3]  16/12 17/2 25/4
worst [2]  13/19 21/12
worth [1]  11/4
wow [1]  14/1
writes [1]  14/23
writing [1]  10/13
written [2]  5/16 8/3
wrote [4]  10/3 10/11 10/17 20/21

## X

Xanax [12]

## Y

year [3]  9/6 10/8 22/14
years [6]  10/2 12/11 18/24 19/6 32/3 32/3
years' [1]  32/22
yelled [1]  4/8
yes [10]  2/20 2/23 10/22 16/10 17/16 17/24
 18/9 18/20 33/9 33/17
yet [1]  5/5
York [3]  13/9 17/22 27/4
you're [8]  5/3 5/4 7/8 21/4 29/4 33/14 34/7
 34/10
young [2]  11/20 15/10
yourself [2]  22/9 22/13